# COMPLAINT FORM
(for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __WISCONSIN__

---

(Full name of plaintiff(s))

CHRISTOPHER D. SMITH

vs

(Full name of defendant(s))

MR. OTTO, FOOD SERVICE ADMIN,

MS. LAMB, MS. DAVIS, MS. LABRIE

Michael Mesiner, Warden, Coulter

Case Number:

21-cv-361-jdp

(to be supplied by clerk of court)

---

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__, and is located at
   (State)

   __10237 Lake Emily Road, P.O. BOX 200, Fox Lake, WI 53933__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

-Cont-
## Defendants List

**L. Bartow** -Institution Complaint Examiner
C. O'Donnell- Office of the Secretary
E. Davidson - Corrections Complaint Examiner

2. Defendant <u>Otto, Lamb, Davis, Coulter, and Labrie</u>
(Name)

is (if a person or private corporation) a citizen of <u>WISCONSIN</u>
(State, if known)

and (if a person) resides at <u>10237 Lake Emily Road, Fox Lake, WI 53933</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Fox Lake Correctional Inst. 10237 Lake Emily Rd.</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

<u>Ms. Lamb, Ms. Davis, Ms.Labrie Ms. Labrie, all were informed of</u>

<u>the incident when it occurred, and refused to file an Incident</u>

<u>Report and send me to HSU to be checked out. The above named</u>

Defendant's denied my request to see HSU for (3) three days,

and I was told by the Defendant's that I would have to put in

a HSU slip if I wanted to be seen about the injury that occurred.

On 2/21/2021, while working at food service, I was cleaning

out a kettle from breafast when without my knowldge, I stepped

down into the drain stumbled and fell on the floor.

Attachment One (Complaint) – 2
Case 2:21-cv-01295-JPS    Filed 06/01/21    Page 3 of 7    Document 1

Defendants: Coulter, Lamb, Davison was made awear of the incident on Febuary 21, 2021 and failed to file a Incident Report, and denied the Plaintiff, Christopher D. Smith medical attention the day of the incident.

Defendant, Micheal Otto, Food service administrator, removed the plaintiff, Christopher D. Smith from his current position after learning from the other Defendant's Coulter, Lamb, and Davison about the incident. On 3/2/21, the Defendant Otto removed the Plaintiff, Smith from his A.M. Cook position.

Defendant(s) L. Bartow, E. Davidson, and M. Meisner are all aware of the incident in Food Service and are still denying the fact that it occurred.

Defendant(s) C. O'Donnell - Office of The Secretary allowing the above named Defendant's to deny the Plaintiff, Christopher D. Smith emergency medical attention do to work related injuries and filing a Incident report as required by DOC Policy and Procedure.

C. JURISDICTION

[x] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The Plaintiff, Christopher D. Smith ask this court to award

100,000,00 each Defendant for pain and suffering.

The Plaintiff, Christopher D. Smith ask this Court to award

an Additional 75,000. for Exemplary damagas from each Defendant.

E.  JURY DEMAND

[X] Jury Demand – I want a jury to hear my case
                OR

[ ] Court Trial – I want a judge to hear my case

Dated this __27th__ day of __May__ 20 _21_.

Respectfully Submitted,

*Christopher D. Smith*
Signature of Plaintiff

__#289531__
Plaintiff's Prisoner ID Number

__Fox Lake Correctional Institution__

__P.O. BOX 200, Fox lake, WI 53933__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[ ] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[X] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

E.  JURY DEMAND

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20 __21__.

Respectfully Submitted,

*Christopher D. Smith*
Signature of Plaintiff

289531
Plaintiff's Prisoner ID Number

Fox Lake Correctional Inst., P.O. BOX 200

Fox Lake, Wisconsin 53933
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☒ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.